# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BETTY BELL, AN ADULT INDIVIDUAL,    :   No. 75 WAL 2024
AND PROPEL SCHOOLS, D/B/A PROPEL    :
CHARTER SCHOOL - HOMESTEAD,    :
PROPEL CHARTER SCHOOL - SUNRISE,    :   Petition for Allowance of Appeal
D/B/A PROPEL BRADDOCK HILLS,    :   from the Order of the
PROPEL CHARTER SCHOOL - PITCAIRN,    :   Commonwealth Court
AND  PROPEL CHARTER SCHOOL -    :
HAZELWOOD,    :
   :
         Petitioners    :
   :
   :
      v.    :
   :
   :
WILKINSBURG SCHOOL DISTRICT,    :
   :
         Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by petitioner, is:

> (1) Whether, in a matter of first impression, the Commonwealth Court erred in interpreting 24 P.S. §17-1726-A to permit unequal treatment of school-aged students in the Commonwealth depending on whether the students are enrolled in a  public charter school or in a traditional public school?

> Justice Brobson did not participate in the consideration or decision of this matter.